# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage, FSB and as World Savings Bank, FSB and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO.: 3:12-CV-01037-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO CONTINUE THE BRIEFING DEADLINES**<br><br>**RESCHEDULED DATE**<br><br>**Date:**   June 8, 2012<br>**Time:**   10:00 a.m.<br>**Ctrm:**   6<br><br>Prior hearing date:  April 27, 2012 |

The Court, having reviewed the Stipulation to Continue the Hearing on Defendant's Motion to Dismiss Plaintiff's Complaint and to Continue the Briefing Deadlines, and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion to Dismiss is continued from April 27, 2012 to June 8, 2012.

/ / /

/ / /

2. Plaintiff Lisa Plastino's response to the motion to dismiss will be due on or before April 20, 2012, and Defendant Wells Fargo's reply will be due within seven days of the date plaintiff serves her response, on or about April 27, 2012.

Dated: April 2, 2012

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING STIPULATION FOR CONTINUANCE OF MOTION TO DISMISS**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

*Counsel for Plaintiff:*

Robert E. Rosenthal
Douglas K. Dusenbury
Sergio H. Parra
BOHNEN, ROSENTHAL & KREEFT
787 Munras Avenue, Suite 200
P.O. Box 1111
Monterey, CA  93942-5551

rrosenthal@mbaylaw.com
sparra@mbaylaw.com
Tel:  (531) 649-5551; Fax:  (531) 649-0272

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on March 29, 2012.

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |