IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA PLASTINO,

    Plaintiff,

    v.

WELLS FARGO BANK,

    Defendant.

No. C 12-01037 CRB

**ORDER VACATING HEARING AND SETTING TELEPHONIC HEARING**

    Two motions have been filed in this case: (1) a Motion to Dismiss by Defendant Wells Fargo Bank (dkt. 8), set for Friday, June 8, 2012, and (2) a Motion to Substitute Attorney (dkt. 14), filed by Plaintiff's counsel, and not set for calendar.

    The Court finds the Motion to Dismiss suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1, and therefore VACATES the June 8, 2012 hearing as to it. The Court will issue a separate order ruling on the Motion.

    However, the Court finds that a hearing would be useful on the Motion to Substitute Attorney, and therefore SETS a telephonic hearing as to it on <u>June 8, 2012 at 10:00 AM</u>. Plaintiff and counsel for both parties are directed to participate, and should contact the

//

//

//

1 | Court's courtroom deputy, Barbara Espinoza, at 415-522-2062 for call-in instructions.

2 | **IT IS SO ORDERED.**

4 | Dated: June 4, 2012                           CHARLES  R. BREYER
                                                 UNITED STATES DISTRICT JUDGE