IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>            Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>            Defendant.<br>_____/ | No. C 12-01037 CRB<br><br>**ORDER TO SHOW CAUSE** |

   Defendant Wells Fargo moves to expunge the Notice of Lis Pendens that Plaintiff Lisa Plastino filed as to this case, (dkt. 27), and further applies to shorten time for the Court to hear that Motion, (dkt. 23). Defendant alleges that Plaintiff failed to comply with California Code of Civil Procedure Section 405.22 in failing to serve Defendant with the Notice and in failing to file the Notice with this Court. Indeed there is no record of the Notice in this Court's docket. Good cause appearing therefor, the Court ORDERS Plaintiff to show cause why the Notice of Lis Pendens should not be expunged **by Monday July 9, 2012**. Failure to respond to this Order could result in the Court's granting Defendant's Motion.

   **IT IS SO ORDERED.**

Dated: July 3, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1037\osc expunge lis pendens.wpd