IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LISA PLASTINO,

    Plaintiff,

v.

WELLS FARGO BANK,

    Defendant.

                                       /

No. C 12-01037 CRB

**ORDER GRANTING MOTION TO EXPUNGE NOTICE OF LIS PENDENS**

Defendant Wells Fargo moved to expunge the Notice of Lis Pendens that Plaintiff Lisa Plastino filed as to this case, (dkt. 27). Defendant alleged that Plaintiff failed to comply with California Code of Civil Procedure Section 405.22 in failing to serve Defendant with the Notice and in failing to file the Notice with this Court. The Court found no record of the Notice in its docket, and ordered Plaintiff to show cause why the Notice of Lis Pendens should not be expunged **by Monday July 9, 2012**. See OSC (dkt. 28). The Court warned that "[f]ailure to respond to this Order could result in the Court's granting Defendant's Motion." Id. Plaintiff has not responded to the Court's Order. Accordingly, good cause appearing therefor, the Court GRANTS Defendant's Motion.

**IT IS SO ORDERED.**

Dated: July 20, 2012

                                                  CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1037\order expunging lis pendens.wpd