IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK,<br><br>    Defendant.<br>_____/ | No. C 12-01037 CRB<br><br>**ORDER GRANTING ADDITIONAL TIME TO FILE AMENDED COMPLAINT** |

On June 7, 2012, the Court granted Defendant's Motion to Dismiss, and permitted Plaintiff forty-five days from the date of that Order to file an amended complaint. See Order (dkt. 17) at 16. The Court explained at the motion hearing on June 8, 2012 that it would permit Plaintiff additional time to file her amended complaint if she requested it. See Minutes (dkt. 20). Plaintiff has now requested an additional two weeks, representing to the Court that her new counsel requires additional time to review the applicable documents. Accordingly, good cause appearing therefor, Plaintiff is GRANTED an additional two weeks to file her amended complaint. Plaintiff now has **fifty-nine** days from the date of the June 7, 2012 Order in which to file her amended complaint. Failure to file an amended complaint in

//

//

//

1  that time could lead to dismissal.

2  **IT IS SO ORDERED.**

3  Dated: July 23, 2012

4  CHARLES  R. BREYER
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

G:\CRBALL\2012\1037\order extending time.wpd          2