|  |  |
|---|---|
| LISA PLASTINO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage, FSB and as World Savings Bank, FSB and DOES 1-25, Inclusive,<br><br>　　　　　Defendants. | CASE NO.: 3:12-CV-01037-CRB<br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION (LIS PENDENS)**<br><br>Date:<br>Time:　　10:00 a.m.<br>Ctrm:　　6, 17th Floor |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

　　The motion of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB (sued herein as "WELLS FARGO BANK, NA; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage FSB and as World Savings Bank, FSB) ("Wells Fargo")  to expunge notice of pendency of action (lis pendens).

　　The Court, having read and considered the motion, the declaration of E. Christine Hehir and accompanying exhibits, the request for judicial notice,  finds as follows:

1  **IT IS HEREBY ORDERED**:

2  1.  The Notice of Pendency of Action (lis pendens) recorded on April 23, 2012, by Plaintiff Lisa Plastino with the Monterey County Recorder's Office as Document No. 2012023890 against real property commonly described as 3 Junipero NE 12th Avenue, Carmel by the Sea, California 93921, APN 010-073-005-000, with within the County of Monterey, State of California (the "Property"), legally described as follows, be, and hereby is, EXPUNGED.

Beginning at a point on the Easterly line of Junipero Avenue, from which the Southwest corner of Block 128, as said avenue and block are shown on the map entitled "Map of Addition No.5 Carmel By The Sea, Monterey County, Cal.", filed February 9, 1910 in the office of the County Recorder of the County of Monterey, State of California, and now on file in said office in map Book Two, Cities and Towns, at Page 22 therein, bears S. 0° 10' E., 131.00 feet distant and running thence

(1) Along and following said Easterly line of Junipero Avenue N. 0° 10' W., 56.70 feet; thence

(2) Leaving said line of Junipero Avenue, N. 89° 50' E., 70.81 feet; thence

(3) S. 0° 14' 30" W., 56.70 feet; thence (4) 5.89° 50' W., 70.40 feet to the place of beginning, being a portion of said Block 128.

2.  No subsequent notice of pendency of action (or *Lis Pendens)* may be recorded as to the subject property without leave of Court, pursuant to Cal. Code Civ. Proc. § 405.36.

3.  Plaintiff failed to serve and record the notice of pendency of action (*Lis Pendens*) as required by Cal. Code Civ. Proc. § 405.22.

**IT IS SO ORDERED.**

Dated:  July 30, 2012



_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE