UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage, FSB and as World Savings Bank, FSB and DOES 1-25, Inclusive,<br><br>    Defendants. | CASE NO.: 3:12-CV-01037-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**Current Hearing**<br>Date:     September 7, 2012<br>Time:    8:30 a.m.<br>Ctrm:    6<br><br>**Proposed Hearing**<br>Date:     October 26, 2012<br>Time:    8:30 a.m.<br>Ctrm:    6 |

The Court, having reviewed the Stipulation to Continue the Case Management Conference and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference is continued from September 7, 2012 to October 26, 2012.

Dated: Sept. 6, 2012

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

93000/FR0213/00478239-1         1         CASE NO.: 3:12-CV-01037-CRB
ORDER GRANTING REQUEST FOR CONTINUANCE OF CMC