UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage, FSB and as World Savings Bank, FSB and DOES 1-25, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 3:12-CV-01037-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING SECOND STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**Current Hearing**<br>Date:　　October 26, 2012<br>Time:　　8:30 a.m.<br>Ctrm:　　6<br><br>**Proposed Hearing**<br>Date:　　December 7, 2012<br>Time:　　8:30 a.m.<br>Ctrm:　　6 |

The Court, having reviewed the Stipulation to Continue the Case Management Conference and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference is continued from October 26, 2012 to December 7, 2012.

Dated: October 25, 2012

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

93000/FR0213/00514486-1

1

CASE NO.: 3:12-CV-01037-CRB
ORDER GRANTING REQUEST FOR CONTINUANCE OF CMC