UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PLASTINO,<br><br>             Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA MORTGAGE CORP., a division of Wells Fargo Bank, N.A. and formerly known as Wachovia Mortgage, FSB and as World Savings Bank, FSB and DOES 1-25, Inclusive,<br><br>             Defendants. | CASE NO.:  3:12-CV-01037-CRB<br><br>[The Honorable Charles R. Breyer]<br><br>**ORDER GRANTING FOURTH STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**Current Hearing**<br>Date:     February 22, 2013<br>Time:     8:30 a.m.<br>Ctrm:     6<br><br>**Proposed Hearing**<br>Date:     April 26, 2013<br>Time:     8:30 a.m.<br>Ctrm:     6 |

The Court, having reviewed the Stipulation to Continue the Case Management Conference and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT:**

1. The Case Management Conference is continued from February 22, 2013 to April 26, 2013.

Dated:   February 21, 2013

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*